**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-00845-FWS-ACCV** | Date: | April 13, 2026 |
| Title: | *Milad Ishak Gaber Lawendi v. Mark Bowen, et al.* | | |

Present: The Honorable    Fred W. Slaughter, United States District Judge

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings** **(IN CHAMBERS):**       **ORDER DISMISSING CASE AS MOOT**

On March 13, 2026, the Court denied Petitioner's motion for preliminary injunction as moot because Petitioner received a bond hearing. (ECF No. 11.) Petitioner was ordered to show cause by March 27, 2026, as to why the case should not be dismissed as moot in its entirety. (*Id.*) On April 3, 2026, Respondents filed their response claiming the issue is now moot and noting Petitioner's failure to respond to the Court's Order to Show Cause. (ECF No. 12.) Given Petitioner received a bond hearing and failed to respond to the Court's Order to Show Cause, this case is dismissed as moot.

**IT IS SO ORDERED.**